HILL v. GUARANTY TRUST CO. et al.

(Supreme Court, Appellate Division, First Department.   June 20, 1913.)

INSANE PERSONS (§ 94*)—GUARDIANS AD LITEM—INCOMPETENT.

As no appearance without a guardian ad litem is binding upon an incompetent, a guardian should be appointed, where it is sought to bind him by a judgment separate from his committee.

[Ed. Note.—For other cases, see Insane Persons, Cent. Dig. §§ 164, 165; Dec. Dig. § 94.*]

Appeal from Special Term, New York County.

Action by Marie Hill against Alphonse J. Stephani and the Equitable Trust Company, as his committee, with the Guaranty Trust Company and another, as trustees, impleaded.   From an order denying a motion for the appointment of a guardian ad litem, the impleaded defendants appeal.   Order reversed.

Argued before INGRAHAM, P. J., and LAUGHLIN, SCOTT, and DOWLING, JJ.

Theo. W. Morris, Jr., of New York City, for appellant Hill.

E. R. Greene, of New York City, for appellants Guaranty Trust Co. and another.

Carl A. Hansmann, of New York City, for respondents.

PER CURIAM.   As the incompetent is made a party defendant, and a judgment is asked binding him, as distinct from his committee, it is necessary that he should appear by a guardian ad litem, as no appearance without a guardian ad litem would be effective.

The order appealed from is therefore reversed, and the Equitable Trust Company, the committee of the personal estate of the incompetent, is appointed his guardian ad litem.   Settle order on notice.